IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LUIS CABRERA MONTALVO, §<br>Individually and On Behalf of All Others §<br>Similarly Situated, §<br>     §<br>   Plaintiff, §<br>     §<br>vs. §<br>     §<br>BILFINGER INC., BILFINGER SALAMIS §<br>INC. AND BILFINGER WESTCON INC., §<br>     §<br>   Defendants. §<br>     § | CIVIL ACTION NO. 4:20-CV-2608 |

## PARTIES' JOINT NOTICE OF SETTLEMENT

Plaintiff Luis Cabrera Montalvo and Defendants Bilfinger Inc., Bilfinger Salamis Inc., and Bilfinger Westcon Inc. (collectively, "the Parties"), by and through their undersigned counsel, hereby file this Joint Notice of Settlement.

The Parties have jointly resolved all issues in this dispute. The Parties will separately submit a stipulation of dismissal of this matter once they have memorialized their resolution in a formal written settlement agreement.

Dated October 15, 2020　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Ricardo J. Prieto (with permission)*
　　　　　　　　　　　　　　　　　　　　Melinda Arbuckle
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24080773
　　　　　　　　　　　　　　　　　　　　Ricardo J. Prieto
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24062947
　　　　　　　　　　　　　　　　　　　　SHELLIST LAZARZ SLOBIN LLP
　　　　　　　　　　　　　　　　　　　　11 Greenway Plaza, Suite 1515
　　　　　　　　　　　　　　　　　　　　Houston, Texas 77046
　　　　　　　　　　　　　　　　　　　　marbuckle@eeoc.net
　　　　　　　　　　　　　　　　　　　　rprieto@eeoc.net
　　　　　　　　　　　　　　　　　　　　713.621.2277 (Telephone)
　　　　　　　　　　　　　　　　　　　　713.621.0993

　　　　　　　　　　　　　　　　　　　　Joseph A. Fitapelli, *pro hac vice*
　　　　　　　　　　　　　　　　　　　　Armando A. Ortiz, *pro hac vice*
　　　　　　　　　　　　　　　　　　　　FITAPELLI & SCHAFFER, LLP
　　　　　　　　　　　　　　　　　　　　28 Liberty Street, 30th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10005
　　　　　　　　　　　　　　　　　　　　jfitapelli@fslawfirm.com
　　　　　　　　　　　　　　　　　　　　aortiz@fslawfirm.com
　　　　　　　　　　　　　　　　　　　　212.300.0375 (Telephone)
　　　　　　　　　　　　　　　　　　　　212.481.1333

　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**


　　　　　　　　　　　　　　　　　　　　*/s/ Nicole S. LeFave*
　　　　　　　　　　　　　　　　　　　　David B. Jordan (Attorney-in-Charge)
　　　　　　　　　　　　　　　　　　　　State Bar No. 24032603
　　　　　　　　　　　　　　　　　　　　Federal I.D. No. 40416
　　　　　　　　　　　　　　　　　　　　LITTLER MENDELSON, P.C.
　　　　　　　　　　　　　　　　　　　　A PROFESSIONAL CORPORATION
　　　　　　　　　　　　　　　　　　　　1301 McKinney Street
　　　　　　　　　　　　　　　　　　　　Suite 1900
　　　　　　　　　　　　　　　　　　　　Houston, TX  77010
　　　　　　　　　　　　　　　　　　　　djordan@littler.com
　　　　　　　　　　　　　　　　　　　　713.951.9400 (Telephone)
　　　　　　　　　　　　　　　　　　　　713.951.9212 (Facsimile)

　　　　　　　　　　　　　　　　　　　　Nicole S. LeFave
　　　　　　　　　　　　　　　　　　　　State Bar No. 24085432
　　　　　　　　　　　　　　　　　　　　Federal I.D. No. 2414855

                                          LITTLER MENDELSON, P.C.
                                        A PROFESSIONAL CORPORATION
                                        100 Congress Avenue
                                        Suite 1400
                                        Austin, Texas 78701
                                        nlefave@littler.com
                                        512.982.7250 (Telephone)
                                        512.982.7248 (Facsimile)

                                        **ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

On October 15, 2020, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Texas, Houston Division, using the Electronic Case Filing system of the Court. I hereby certify that I have served all counsel of record as follows:

*Via Electronic Case Filing:*

Melinda Arbuckle
Texas State Bar No. 24080773
Ricardo J. Prieto
Texas State Bar No. 24062947
SHELLIST LAZARZ SLOBIN LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
marbuckle@eeoc.net
rprieto@eeoc.net
713.621.2277 (Telephone)
713.621.0993

Joseph A. Fitapelli, *pro hac vice forthcoming*
Armando A. Ortiz, *pro hac vice forthcoming*
FITAPELLI & SCHAFFER, LLP
28 Liberty Street, 30th Floor
New York, NY 10005
jfitapelli@fslawfirm.com
aortiz@fslawfirm.com
212.300.0375 (Telephone)
212.481.1333

*/s/ Nicole S. LeFave*
Nicole S. LeFave

4851-6751-7646.1 109104.1001