United States District Court
Southern District of Texas
**ENTERED**
October 15, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUIS CABRERA MONTALVO, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:20-CV-02608 |
| BILFINGER, INC., *et al*, | § § § | |
| Defendants. | § | |

## ORDER

The Court has been informed that a Settlement Agreement is pending in this case.

IT IS HEREBY ORDERED that the initial conference scheduled October 16, 2020 is CANCELLED. Parties must file final dismissal papers within 60 days from the date of this order or appear for a Status Conference scheduled December 18, 2020 at 10:00 a.m.

It is so ORDERED. 10/15/2020.

_____
The Honorable Alfred H. Bennett
United States District Judge