United States District Court
Southern District of Texas

**ENTERED**

December 15, 2020

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **LUIS CABRERA MONTALVO,** | § | |
| **Individually and On Behalf of All Others** | § | |
| **Similarly Situated,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. 4:20-CV-2608** |
| **vs.** | § | |
| | § | |
| **BILFINGER INC., BILFINGER SALAMIS** | § | |
| **INC. AND BILFINGER WESTCON INC.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## ORDER

On this date, the Court considered the Parties' Joint Motion for Dismissal with Prejudice. Having considered the Motion, the Court is of the opinion that it should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED all claims in the above-captioned matter are hereby DISMISSED WITH PREJUDICE.

Costs shall be borne by the party incurring same.

Signed this 15th day of  December, 2020.



Hon. Alfred H. Bennett
United States District Judge